UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
AUG - 3 2009
AT 8:30_____
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 07-876(MLC) |
| vs. | **ORDER MODIFYING BAIL CONDITIONS FOR STEPHEN R. PARRISH** |
| PHILIP N. BURGESS, JR., and STEPHEN R. PARRISH. | |

This matter having been brought before the Court by Stephen R. Parrish, through his attorneys, McDonald & Rogers, LLC (John P. McDonald, Esq.) with the consent of the United States Attorney's Office (Seth B. Kosto, AUSA) and the consent of Pretrial Services, and the Court having reviewed the Order Setting Conditions of Release, dated November 1, 2007, by the Hon. Esther Salas, U.S.M.J. and for good cause shown,

IT IS ON this      day of July, 2009

ORDERED that bail for defendant Stephen R. Parrish shall be reduced to a Personal Recognizance Bond and the previous bail of an unsecured bond in the amount of $150,000.00 is vacated; and it is

FURTHER ORDERED that the Personal Recognizance Bond will not prevent the sale of the defendant's home at 10 Tomlyn Drive, Princeton, NJ 08540; and it is

FURTHER ORDERED that Mr. Parrish shall immediately notify Pretrial Services if he purchases any real property; and it is

FURTHER ORDERED that all other bail conditions set by this Court shall continue.

                                                                Hon. Mary L. Cooper, U.S.D.J.

I hereby consent to the form and entry
of this Order.

United States Attorney for the District of New Jersey

By:_____
    Seth B. Kosto

Pretrial Services for the District of New Jersey

By:_____
    Wendy H. Lonsdorf

McDonald & Rogers, LLC

By:_____
    John P. McDonald

FURTHER ORDERED that all other bail conditions set by this Court shall continue.

_____
Hon. Mary L. Cooper, U.S.D.J.

I hereby consent to the form and entry
of this Order.

United States Attorney for the District of New Jersey

By:_____
    Seth B. Kosto

Pretrial Services for the District of New Jersey

By:_____
    Wendy H. Lonsdorf

McDonald & Rogers, LLC

By:_____
    John P. McDonald

SEE PRIOR PAGE