# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## <u>MINUTES OF PROCEEDINGS</u>

**<u>TRENTON</u>**                                                      **<u>May 27, 2010</u>**
**OFFICE**                                                       **DATE OF PROCEEDINGS**

**JUDGE MARY L. COOPER**
**COURT REPORTER: Jaweia Campbell, ESR**
**DEPUTY CLERK: Elizabeth Heffner**

**TITLE OF CASE**:                                    **CR 07-876-02(MLC)**

UNITED STATES OF AMERICA
vs.
STEPHEN R. PARRISH

**APPEARANCES:**

Seth Kosto, AUSA for government
John McDonald, Esq., for defendant
Thomas Leakan, Probation Officer present.
Defendant present.

**NATURE OF PROCEEDINGS:**
Status conference in chambers.

SENTENCE: Counts 24-28.
IMPRISONMENT: 3 months on each count concurrent.
SUPERVISED RELASE: 3 years, with special conditions including 3 months home confinement.
FINE:  Count 24 - $1000; waived on remaining counts.
SPECIAL ASSESSMENT: $500.

Defendant advised of his right to appeal.

**Commenced: 11:00am**
**Adjourned:   3:00pm**

                                              **s/Elizabeth Heffner**
                                              **Deputy Clerk**